UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>        v.<br><br>$21,030 IN UNITED STATES CURRENCY,<br>    Defendant,<br><br>VINCENTE GONZALEZ,<br>    Claimant. | C.A. No. 14-12312-MLW |

ORDER

WOLF, D.J.                                                          June 10, 2016

In this case, the government seeks forfeiture of $21,030 in United States currency (the "Currency") seized during a traffic stop in Chicopee, Massachusetts on January 17, 2014. The claimant, Vincente Gonzalez, filed an Answer and claim for the Currency. Gonzalez is a resident of Holyoke, Massachusetts.

Rule 40.1(F) of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules") provides that "[a]ny case may be transferred from one division to another division on motion of any party for good cause shown or sua sponte for good cause by the judge to whom the case is assigned." This case is pending in the Boston Division of the United States District Court for the District of Massachusetts. Both Chicopee, Massachusetts, where the Currency was seized, and Holyoke, Massachusetts, where the claimant resides, are

approximately ninety miles from Boston and approximately fifteen miles from Springfield, Massachusetts.  It could have been filed in the Springfield Division of the United States District Court for the District of Massachusetts.  Therefore, there is good cause to transfer this case to the Springfield Division.  In addition, District Court Judge Mark Mastroianni, who presides in Springfield, has agreed to the transfer of this case to him pursuant to Local Rule 40.1(I).

In view of the foregoing, it is hereby ORDERED that this case is TRANSFERRED to the Springfield Division of the United States District Court for the District of Massachusetts.

_____
UNITED STATES DISTRICT JUDGE